AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:25-cr-00067-SMR-SBJ-2 |
| Jessica Jill Overton ) ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING
### and Arraignment

An arraignment and detention hearing in this case are scheduled as follows:

| Place: United States Courthouse 131 E. 4th Street Davenport, IA 52801 | Courtroom No.: 242 |
|---|---|
| | Date and Time: 9/23/2025 2:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: September 18, 2025

*Judge's signature*

Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
*Printed name and title*