AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
3:23 pm, Sep 10 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Reggie Dawane Flex<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  3:25-cr-067 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Reggie Dawane Flex                                                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☐ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice         ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 - Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B), 846.

WARRANT ISSUED
CHANDLOR G. COLLINS, Clerk
By: *Rachel Mipler*
DEPUTY CLERK

Date:      09/09/2025

*Issuing officer's signature*

City and state:            Davenport, Iowa                                    Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  9/10/2025  , and the person was arrested on *(date)*  10/2/2025
at *(city and state)*  BURLINGTON, IA  .

Date:  10/2/2025

*Arresting officer's signature*

JOSH FINNISS SUPERVISORY DEPUTY
*Printed name and title*